# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| NOREEN LEWIS | : No. 10 EAL 2015 |
| | : |
| | : |
| | : |
| v. | : Petition for Allowance of Appeal from the |
| | : Order of the Superior Court |
| | : |
| TOYOTA MOTOR CORP., TOYOTA MOTOR ENGINEERING & MANUFACTURING NORTH AMERICA, INC., TOYOTA MOTOR SALES USA, INC., TOYOTA MOTOR NORTH AMERICA, INC., TOYOTA INDUSTRIES NORTH AMERICA, INC., PHILLY CAR SHARE, INC., MCMAHON LEASING, INC., CENTRAL CITY TOYOTA, TOYOTA ARDMORE AND M & B PAUL, INC. | : : : : : : : : : : |
| | : |
| | : |
| PETITION OF: M & B PAUL, INC. D/B/A ARDMORE TOYOTA AND CENTRAL CITY TOYOTA (IDENTIFIED IN THE CAPTION AS CENTRAL CITY TOYOTA, TOYOTA ARDMORE AND M & B PAUL, INC.) | : : : : : : : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 17th day of June, 2015, the Petition for Allowance of Appeal is **DENIED**.